IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Ruiz,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Coast Sign, Inc., et al.,<br><br>　　　　　Defendants. | No. CV-15-2561-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiff Cesar Ruiz's Fed. R. Civ. P. 41(a)(1)(A)(i) notice of voluntary dismissal with prejudice. (Doc. 9.) Under Rule 41(a)(1)(A), Plaintiff may voluntarily dismiss his *action* without a court order by filing either, (i) "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," or (ii) "a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(i)-(ii). Plaintiff's notice of voluntary dismissal with prejudice is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as Defendants have not filed an Answer to Plaintiff's Complaint. (Id.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING THIS ACTION WITH PREJUDICE** with each party to bear its own costs and attorney's fees. (Doc. 9.)

**IT IS FURTHER ORDERED** vacating the Status Conference re: Settlement set for **Tuesday, March 15, 2016, at 2:30 p.m.**

DATED this 9th day of March, 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　Senior United States District Judge